# MEMORANDUM DECISIONS.

ABBATS v. HERTER. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Guiseppe Abbats against Maria A. Herter. No opinion. Motion granted, with $10 costs.

ADAMS, Appellant, v. FERGUSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Hyatt R. Adams against Hiram E. Ferguson and another. No opinion. Judgment unanimously affirmed, with costs.

ADAMS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by John E. Adams against the Metropolitan Street Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

ADLER, Respondent, v. ROSENFIELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Sidney J. Adler against Morris Rosenfield and others, composing the firm of Rosenfield Bros. & Co. No opinion. Order affirmed, with $10 costs and disbursements.

ALFSON, Respondent, v. BUSH CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Anon Alfson, as administrator, etc., of Anders Tobiasen, deceased, against the Bush Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

ALLEN, Appellant, v. ZIMMERMANN, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by John Allen against Franz Zimmermann. No opinion. Order affirmed, with $10 costs and disbursements.

AMERICAN AUDIT CO., Respondent, v. INDUSTRIAL FEDERATION OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the American Audit Company against the Industrial Federation of America. L. M. Berkeley, for appellant. C. A. Decker, for respondent. No opinion. Judgment and order affirmed, with costs.

AMERICAN HARROW CO., Appellant, v. WAGSTAFF et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the American Harrow Company against Ann Wagstaff and others. No opinion. Judgment unanimously affirmed, with costs.

AMERICAN ICE CO., Appellant, v. CATSKILL CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the American Ice Company against the Catskill Cement Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
HOUGHTON, J., not sitting.

AMERICAN MORTG. CO. v. SIRE et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by the American Mortgage Company against Henry B. Sire and others. No opinion. Motion denied, with $10 costs.

ANZOLONE v. PASKUSZ. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Pietro Anzolone against Jacob Paskusz. No opinion. Motion denied.

In re ARKENBURG. (Supreme Court, Appellate Division, First Department. November 25, 1904.) In the matter of Robert H. Arkenburg, deceased. No opinion. Motion denied, on payment of $20 costs.

AUTEN, Appellant, v. BENNETT, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by George M. Auten against James Gordon Bennett. No opinion. Judgment affirmed, with costs.

BAKER, Respondent, v. BAKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Sina Baker against Edgar J. Baker and Charlotte Baker. No opinion. Judgment and order affirmed, with costs.

BAKER v. GEORGI et al. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Francis T. Baker against Sarah F. Georgi and others. J. Kearney, for appellant. M. H. Beall and C. G. Patterson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN et al. v. RICE. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Adele Baldwin and another against William M. Rice, Jr. No opinion. Motion denied, with $10 costs. Memo. per curiam.

BANNISTER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by George E. Bannister against the city of New York. No opinion. Motion denied, with $10 costs.